

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

—————————————————

No. 06-12-00033-CR

—————————————————

SAMMY WOODS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 102nd Judicial District Court
Red River County, Texas
Trial Court No. CR01581

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Sammy Woods has filed a notice of appeal from the trial court's denial of his motion requesting that x-ray images be produced.

The right to appeal in a criminal case is a substantive right determined solely within the province of the Legislature. *Lyon v. State*, 872 S.W.2d 732, 734 (Tex. Crim. App. 1994). "A defendant in any criminal action has the right of appeal under the rules hereinafter prescribed." TEX. CODE CRIM. PROC. ANN. art. 44.02 (Vernon 2006). Generally, a criminal defendant may appeal only from a final judgment. *See State v. Sellers*, 790 S.W.2d 316, 321 n.4 (Tex. Crim. App. 1990). "The courts of appeals do not have jurisdiction to review interlocutory orders unless that jurisdiction has been expressly granted by law." *Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991); *Ahmad v. State*, 158 S.W.3d 525, 526 (Tex. App.—Fort Worth 2004, pet. ref'd).

We do not have jurisdiction over an appeal from an order denying a request for production of x-ray images. *See generally Sanchez v. State*, 112 S.W.3d 311 (Tex. App.—Corpus Christi 2003, no pet.); *Everett v. State*, 82 S.W.3d 735 (Tex. App.—Waco 2002, pet. ref'd); *Allen v. State*, 20 S.W.3d 164, 165 (Tex. App.—Texarkana 2000, no pet.); *State v. Ross*, 953 S.W.2d 748, 751–52 (Tex. Crim. App. 1997).

On March 1, 2012, we wrote a letter to Woods requesting that he show this Court how we had jurisdiction over this appeal. We have received and considered his response, and do not find

it persuasive.

We dismiss for want of jurisdiction.


Josh R. Morriss, III
Chief Justice

Date Submitted:     March 27, 2012
Date Decided:       March 28, 2012

Do Not Publish